BLOOMINGTON MINING COMPANY, Respondent, *v.* BROOKLYN HYGIENIC ICE COMPANY, Appellant.

*Bloomington Mining Co.* v. *Brooklyn H. Ice Co.,* 58 App. Div. 66, affirmed.
(Argued May 28, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Franklin D. Peale* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JOHN E. STOWELL et al., Respondents, *v.* MILTON CLARK et al., as Attorneys in Fact of the BREWERS AND MALTSTERS FIRE INSURANCE UNDERWRITERS AT THE CENTRAL LLOYDS et al., Appellants.

*Stowell* v. *Clark,* 47 App. Div. 626, affirmed.
(Argued May 28, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 7, 1900, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*M. E. Driscoll* for appellants.

*A. J. McCrary, Alex Cumming* and *A. W. Cumming* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.